[No. 48295-5-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRICK JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-10136-5, Ronald Kessler, J., entered February 5, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48302-1-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST L. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 00-1-00137-2, Alan R. Hancock, J., entered March 30, 2001. *Affirmed* by unpublished per curiam opinion.

[Nos. 48327-7-I; 48328-5-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JAMES ROESSLER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 01-1-00444-8, Larry A. Jordan, J., entered March 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49443-1-I.   Division One.   March 4, 2002.]

*In the Matter of the Personal Restraint of* DARREL W. STEWART, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.